# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### CW 04-721 consolidated with CA 04-953

**EARL LEE SCOTT, ET UX**

**VERSUS**

**JAMES RAY ROBERTS, ET AL**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. C-2000-0957-A
HONORABLE STUART S. KAY  JR., DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**BILLIE COLOMBARO WOODARD
JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Billie Colombaro Woodard, Marc T. Amy, and Billy Howard
Ezell, Judges.

**WRIT DENIED.**

Harry Pierre Fontenot  Jr.
Assistant Attorney General
901 Lakeshore Drive, Ste 820
Lake Charles, Louisiana 70601
(337) 491-2844
Counsel for: Defendant Applicant
    State of Louisiana, DOTD
    James Ray Roberts

Charles A Sam Jones III
Attorney at Law
Post Office Box 995
DeRidder, Louisiana 70634
(337) 463-5532
Counsel for: Plaintiff/Respondent
    Earl Lee Scott
    Felicia A. Scott

WOODARD, Judge.

For the reasons assigned this day in *Scott v. Roberts*, 04-953, ___So.2d ___ (La.App. 3 Cir. __/__/04), we affirm the ruling of the trial court and thus deny this writ.

**WRIT DENIED.**